IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GEICO GENERAL INSURANCE
COMPANY                                                                        PLAINTIFF

v.                                                            CAUSE NO. 1:17CV243-LG-RHW

JACK BETHEA; MEMORIAL
HOSPITAL AT GULFPORT;
REVCLAIMS, LLC; HUMANA
INSURANCE COMPANY;
BOYINGTON HEALTH CARE
FACILITY; MEDICARE &
MEDICAID SERVICES/UNITED
STATES OF AMERICA; and
WOODLAND VILLAGE NURSING
CENTER                                                                       DEFENDANTS

## DEFAULT JUDGMENT

This matter having come before the Court on the Motion for Default Judgment [13] filed by the plaintiff GEICO General Insurance Company, the Court, after a full review and consideration of the Motion and supporting evidence, the record in this action, and the applicable law, finds that in accordance with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that a default judgment is entered as to any claims that the defendant Boyington Health Care Facility may have had in this interpleader action.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Boyington Health Care Facility is not entitled to any portion of the uninsured motorist benefits at issue in this interpleader action.

**SO ORDERED AND ADJUDGED** this the 30th day of October, 2017.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge